Case 3:15-cr-30062-NJR   Document 1   Filed 04/23/15   Page 1 of 1   Page ID #1

FILED
APR 23 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CRIMINAL NO. 15-30062-NJR |
| SHELIA B. HATFIELD, ) | Title 18, United States Code, Section 751(a). |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Escape

On or about March 9, 2015, in Bond County, within the Southern District of Illinois,

**SHELIA B. HATFIELD,**

defendant herein, did knowingly escape from custody in the Federal Prison Camp at Greenville, Illinois, commonly known as FPC-Greenville, an institutional facility in which she was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Western District of Kentucky upon conviction for the commission of Social Security Fraud, in violation of Title 42, United States Code, Section 1383a; all in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

FOREPERSON

_Angela Scott_
ANGELA SCOTT
Assistant United States Attorney

_[signature]_
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention.