IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
JAN 0 7 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 15-30062-SMY |
| ) | |
| SHELIA B. HATFIELD, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF FACTS**

The parties hereby stipulate that, if this case had proceeded to trial, the Government would have proven the following beyond a reasonable doubt:

1. On March 9, 2015, Defendant Shelia B. Hatfield was an inmate at the Federal Prison Camp located in Greenville, Illinois, commonly known as FPC-Greenville, in Bond County, within the Southern District of Illinois, pursuant to a conviction for Social Security Fraud, in violation of Title 42, United States Code, Section 1383a, in the United States District Court for the Western District of Kentucky. At that time, the defendant was lawfully confined at FPC-Greenville at the direction of the Attorney General by virtue of the judgment and commitment of the United States District Court for the Western District of Kentucky set forth above.

2. On March 9, 2015, while still in the [parking lot] custody of the Attorney General or her designee, the defendant was located at a convenience store in Greenville, Illinois, within the Southern District of Illinois, which was outside of the grounds of Federal Prison Camp in Greenville, Illinois. The defendant knowingly left the custody of FPC-Greenville without

1

authorization to do so from either the Attorney General, her designee, or anyone in a position of authority at FPC-Greenville.

3. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the defendant's guilty plea and is not necessarily an exhaustive account of the defendant's criminal activity.

**SO STIPULATED:**

_____
SHELIA B. HATFIELD
Defendant

_____
PHILLIP KAVANAUGH
Attorney for Defendant

Date: 1/7/16

_____
for ANGELA SCOTT
Assistant United States Attorney

Date: 1/7/16